UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TAHA ABOURAMADAN, )
                Plaintiff, )   Case No. 2:12-cv-01625-LDG-CWH
vs. )   **ORDER**
TELECOMM MOBILE GROUP, LLC, )
*et al.*, )
                Defendants. )

      This matter is before the Court on Defendants' Proposed Discovery Plan and Scheduling Order (#29). The Court has reviewed the proposal and finds that it does not comply with Local Rule 26-1. A proposed discovery plan and scheduling order should be submitted by stipulation from all parties. *See* Local Rule 26-1(d). In cases in which the parties disagree as to the form or contents of the discovery plan, a statement of each party's position on each point in dispute should be provided to the Court. Plaintiff failed join the proposed plan. Accordingly, the Court will order the parties to submit a joint proposed discovery plan and scheduling order within 10 days of this order.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendants' Proposed Discovery Plan and Scheduling Order (#29) is **denied without prejudice**.

      **IT IS FURTHER ORDERED** that a joint proposed discovery plan and scheduling order is due on **Friday, December 28, 2012**.

      DATED this 18th day of December, 2012.

                                                C.W. Hoffman, Jr.
                                                United States Magistrate Judge