# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN AKA TAHA RAMADAN,<br><br>              Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>              Defendants. | Case No. 2:12-cv-01625-LDG-NJK<br><br>**ORDER** |

This matter is before the Court on the Ex Parte Motion for Removal of Stacey A. Campbell, Esq., and Jamie Chu, Esq., of Littler Mendelson, from the CM/ECF Service List (#39), filed April 18, 2013. The Court has reviewed the motion and finds there is good cause for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that Ex Parte Motion for Removal of Stacey A. Campbell, Esq., and Jamie Chu, Esq., of Littler Mendelson, from the CM/ECF Service List (#39) is **granted**;

IT IS FURTHER ORDERED that the clerk remove Stacey A. Campbell, Esq., and Jamie Chu, Esq., from the CM/ECF Service List.

Dated this  22nd  day of April, 2013.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**