UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN<br><br>      Plaintiff,<br><br>v.<br><br>A-LINK WIRELESS NV, LLC, JUDE KOURDIE, COLBY RANDALL, DANIELLE LAURIA, RICCIARDELLI WRIGHT<br><br>      Defendant. | Case No. 2:12-cv-01625-LDG-NJK |

This matter comes before the Court on: Plaintiff Taha Abouramadan's Motion to Dismiss (#43), Defendants' Motions to Dismiss (#25, 41), and Defendants' Motions for Summary Judgment (#46, 48, 50).

I. BACKGROUND

Plaintiff *pro se* Taha Abouramadan filed his original Complaint on July 24, 2012. In an amended Complaint, plaintiff named as defendants AT&T Mobility, LLC dba Telecomm Mobile Group LLC, dba A-Link Wireless, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright. In response to a petition by A-Link Wireless NV, LLC, this Court granted removal from Clark County District Court to the U.S. District Court for the District of Nevada on September 14, 2012 (#1).

A-Link Wireless NV, LLC, erroneously sued as AT&T Mobility, LLC dba Telecomm Mobile Group, LLC dba A-Link Wireless, moved for a More Definite Statement or

Alternatively Motion to Dismiss on November 8, 2012 (#25). Abouramadan did not respond, and A-Link Wireless filed a Notice of Non-Opposition (#28).

The Court granted the stipulation of dismissal of co-defendant AT&T Mobility II, LLC, erroneously sued as AT&T Mobility, LLC dba Telecomm Mobile Group, LLC dba A-Link Wireless, on April 16, 2013 (#37).

Defendants A-Link Wireless NV, LLC, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright moved to Dismiss For Failure to Prosecute Claims and/or Comply with the Court Rules and Orders on May 10, 2013 (#41).

Plaintiff moved for Dismissal of Entire Action Without Prejudice on May 21, 2013 (#43). Defendants A-Link Wireless NV, LLC, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright, responded, but requested that dismissal of the entire action be with prejudice because plaintiff failed to take necessary steps to prosecute his case in a timely manner (#44).

Defendants A-Link Wireless NV, LLC, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright later moved for Summary Judgment on July 7, 2013 (#46) in favor of defendant Telecomm Mobile Group LLC, erroneously named in the present suit. Next, defendants A-Link Wireless NV, LLC, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright moved for Summary Judgment on July 17, 2013 (#48) in favor of defendants Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright. Finally, defendants A-Link Wireless NV, LLC, Jude Kourdie, Colby Randall, Danielle Lauria, and Ricciardelli Wright moved for Summary Judgment on July 17, 2013 (#50) in favor of defendant A-Link Wireless NV, LLC.

II. DISMISSAL BY THE COURT

According to Fed. R. Civ. P. 41(a)(2) an order of dismissal at the request of the Plaintiff is appropriate at the court's discretion unless an existing counterclaim by a

defendant who objects to the dismissal will remain pending.  The court may require that dismissal be with prejudice.  *See Burnette v. Godshall*, 828 F. Supp. 1439, 1443 (N.D.Cal. 1993), aff'd sub nom., *Burnette v. Lockheed Missiles & Space Co.*, 72 F.3d 766 (9th Cir. 1995).

III. CONCLUSION

The plaintiff requests this case be dismissed.  Since the plaintiff has indicated that dismissal is appropriate because he entered an agreement with AT&T Mobility II, LLC whereby he received payment for previously unpaid wages,

IT IS ORDERED that Plaintiff's Motion to Dismiss (#43) is GRANTED with prejudice.

IT IS FURTHER ORDERED that Plaintiff and Defendant shall pay their own attorney's fees.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss (#25, 41) are DENIED as moot because this court has dismissed the entire action as against any and all potential defendants named in the amended complaint.

IT IS FURTHER ORDERED that Defendants' Motions for Summary Judgment (#46, 48, 50) are DENIED as moot because this court has denied the entire action as against any and all potential defendants named in the amended complaint.

DATED this 9 day of August, 2013.

_____
Lloyd D. George
United States District Judge